**FRESHFIELDS**

**Silicon Valley**
855 Main Street
Redwood City, CA 94063
T +1 650 618 9250 (Switchboard)
  +1 650 461 8276 (Direct)
E justina.sessions@freshfields.com
www.freshfields.com

**Via ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

September 5, 2025

Re: *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC); *Dotdash Meredith Inc. v. Google LLC*, No. 1:25-cv-07194 (PKC)

Dear Judge Castel:

We write in response to Dotdash Meredith Inc. and Meredith Operations Corporation's letter dated September 3, 2025, asking that the parties be ordered to submit a case management and discovery proposal in one week, *i.e.*, only nine days after the complaint was served. There is no conference currently scheduled before the Court.

Google will be glad to meet and confer with Meredith–as well as with other plaintiffs with cases that recently have or may soon be added to this MDL[1]–regarding proposed case management and discovery procedures on an orderly and reasonable schedule. Meredith offers no reason why its case should proceed on a unique and accelerated track, especially given that it could have filed its complaint at any time over the last several years and that it complains about product changes made in 2019 and earlier. Google also disagrees that abbreviated discovery would be appropriate. While Meredith has the benefit of its counsel having had access to discovery of Google for several years, Google has not yet had an opportunity to take the extensive party discovery that it needs from Meredith.

Google submits that it would be most orderly and efficient to address scheduling and procedural issues for the latest tranche of ad tech cases together. Google therefore proposes that the parties in all of the recently added MDL member cases submit proposed case management and discovery procedures on October 31, 2025. This date will allow the parties and the Court the benefit of knowing whether the *OpenX* case will also become part of the MDL, and also allows

---

[1] *Kande v. Google LLC* was transferred to this MDL on August 11, 2025. *Rumble v. Google LLC* was transferred to this MDL on December 11, 2024 and discovery is currently stayed by agreement of the parties. And the JPML has issued a conditional transfer order for *OpenX v. Google LLC*. OpenX opposes transfer, and the issue will be fully briefed by October 15, 2025.

Sept. 4, 2025
Page 2

time for Google's counsel to complete the remedies hearing in the Virginia case, which is scheduled to begin on September 22, 2025.

Respectfully,

*/s/ Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

Eric Mahr
Andrew J. Ewalt
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com
         andrew.ewalt@freshfields.com

Craig M. Reiser
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue
New York, New York 10111
Telephone: (212) 728-2218
Email: creiser@axinn.com

*Counsel for Defendant Google LLC*

CC: All Counsel of Record (via ECF)