KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

September 5, 2025

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC);
     *Dotdash Meredith Inc. v. Google LLC*, No. 1:25-cv-07194-PKC

Dear Judge Castel:

  We write on behalf of Plaintiffs Dotdash Meredith Inc. a/k/a People Inc. and Meredith Operations Corporation (together, "People Inc.") in response to Google's letter of this morning. *See* MDL Dkt. No. 1141. Google agrees that People Inc. "has the benefit of its counsel having had access to discovery of Google for several years." *Id.* at 1. Yet Google requests to delay the parties' submissions of proposed discovery schedules by several weeks because a different plaintiff, OpenX, filed a different lawsuit in a different forum. *See id.* at 1.[*] The Court should not grant Google's request for delay. OpenX is resisting transfer to the MDL, and it makes little sense to wait for a different plaintiff that is seeking a different forum. Additionally, OpenX is an ad exchange, not a publisher, and therefore presents different issues than those presented by publisher plaintiffs – particularly publisher plaintiffs that have conformed their complaints to this Court's prior rulings.

---

  [*] Google proposes October 31 as a date for parties to submit discovery proposals because OpenX's opposition to transfer "will be fully briefed by October 15, 2025." *Id.* at 1, n.1. The JPML, however, will not decide the transfer issue until its next session on December 4, 2025. *See* https://www.jpml.uscourts.gov/hearing-information (last accessed Sept. 5, 2025). Previously, the JPML transferred the *Rumble* and *Kande* cases to the MDL only after the next available hearing date.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable P. Kevin Castel
September 5, 2025
Page 2

                Respectfully submitted,

                /s/ *Eliana Margo Pfeffer*
                John Thorne
                Daniel G. Bird
                Bethan R. Jones
                Christopher C. Goodnow
                Mark P. Hirschboeck
                Eliana Margo Pfeffer (N.Y. Bar. No. 5591789)
                Eric J. Maier
                Sven E. Henningson
                KELLOGG, HANSEN, TODD, FIGEL
                  & FREDERICK, P.L.L.C.
                1615 M Street, N.W., Suite 400
                Washington, DC 20036
                Tel.:  (202) 326-7900
                Fax:  (202) 326-7999
                Email:  jthorne@kellogghansen.com
                          dbird@kellogghansen.com
                          bjones@kellogghansen.com
                          cgoodnow@kellogghansen.com
                          mhirschboeck@kellogghansen.com
                          epfeffer@kellogghansen.com
                          emaier@kellogghansen.com
                          shenningson@kellogghansen.com

                *Counsel for Dotdash Meredith Inc. a/k/a People Inc. and Meredith Operations Corp.*

cc:   All Counsel of Record via ECF