


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC)<br><br>**[PROPOSED] CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |

*This Document Relates To:*

| | |
|---|---|
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION,<br><br>        *Plaintiffs*,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants*. | Case No. 1:25-cv-7194 (PKC) |
| INSIDER, INC.,<br><br>        *Plaintiff*,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants*. | Case No. 1:25-cv-07409 (PKC) |
| THE SLATE GROUP LLC,<br><br>        *Plaintiff*,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>        *Defendants*. | Case No. 1:25-cv-07697 (PKC) |

This Civil Case Management Plan (the "Plan") is submitted by the Parties[1] in accordance with Fed. R. Civ. P. 26(f)(3) and this Court's September 5, 2025 order (Doc. 1143):

1. The Parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial.  28 U.S.C. § 636(c).

2. These cases are to be tried to a jury.

3. **Cases Covered By This Order:  [Plaintiffs' Position[2]:**  The following actions are subject to this order:  (a) *Dotdash Meredith Inc. v. Google LLC*, No. 25-cv-07194 (PKC); (b) *Insider, Inc. v. Google LLC*, No. 25-cv-07409 (PKC); and (c) *Slate Group LLC v. Google LLC*, No. 25-cv-07697 (PKC).  "Plaintiffs" are the plaintiffs in these cases.**]**

   **[Google's Position:** The "Track 2 Cases" are defined as the following actions that were filed after the close of the discovery periods set forth in Pre-Trial Order No. 5: (a) *Dotdash Meredith Inc. v. Google LLC*, No. 25-cv-07194 (PKC); (b) *Insider, Inc. v. Google LLC*, No. 25-cv-07409 (PKC); (c) *Slate Group LLC v. Google LLC*, No. 25-cv-07697 (PKC); (d) *Rumble Canada Inc. v. Google LLC*, No. 24-cv-09904 (PKC); and (e) any action added to this MDL after the date of this Order. The "Track 2 Plaintiffs" are the plaintiffs in the Track 2 Cases.**]**

4. **Amended Pleadings and Joinder of Parties:**  Amendment of pleadings and joinder of parties shall be permitted consistent with the Federal Rules of Civil Procedure.

---

[1] The Parties are the plaintiffs and defendants in the following actions:  *Dotdash Meredith Inc. v. Google LLC*, No. 25-cv-07194 (PKC); *Insider, Inc. v. Google LLC*, No. 25-cv-07409 (PKC); and *Slate Group LLC v. Google LLC*, No. 25-cv-07697 (PKC).

[2] In subsequent paragraphs, Plaintiffs' position is denoted by "P" and Google's position is denoted by "G."

5. **Prior Orders:** The Stipulation and Order Regarding Expert Discovery (Doc. 428), the Order Regarding Discovery Procedure (Doc. 508), and the Modified Confidentiality Order (Doc. 685) shall apply to the cases identified in Paragraph 3.

6. **Start of Fact Discovery:** [**P:** Fact Discovery shall commence upon entry of this Order.] [**G:** Fact discovery in the Track 2 Cases will begin 14 days after the date that the Judicial Panel on Multidistrict Litigation resolves any issue over the venue in which the following cases will proceed: *OpenX Technologies, Inc. v. Google LLC*, No. 1:25-cv-01282 (E.D. Va.); *PubMatic, Inc. v. Google LLC*, No. 1:25-cv-01482 (E.D. Va.); and *Magnite, Inc. v. Google LLC*, No. 1:25-cv-01541 (E.D. Va.).[3]]

7. **Initial Disclosures:** [**P:** Initial disclosures pursuant to Rule 26(a)(1) shall be served by October 7, 2025.] [**G:** Initial disclosures pursuant to Rule 26(a)(1) shall be served in the Track 2 Cases not later than 14 days after the beginning of fact discovery.]

8. **Fact Discovery Cutoff:** [**P:** All fact discovery shall be completed by January 30, 2026.] [**G:** All fact discovery in the Track 2 Cases shall be completed within 8 months from the beginning of fact discovery. The Court may choose to extend this deadline based on the addition of new parties to this MDL.]

9. **Discovery Schedule:** Discovery shall be conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The interim deadlines may be extended by the written consent of these parties without application to the Court, provided that all fact discovery is completed by the deadline set forth pursuant to paragraph 8 above:

---

[3] The stay of discovery (Doc. 933) will be lifted, and fact discovery will begin in *Rumble Canada Inc. v. Google LLC*, No. 1:24-cv-09904 (PKC) on the same day as in the other Track 2 Cases.

2

9.1.   **Requests for Production:**  **[P:**  Initial requests for production of documents shall be served by October 14, 2025.  Plaintiffs shall serve one combined set of initial requests for production.  The Parties shall substantially complete production of documents and data responsive to initial requests for production by December 15, 2025.**]** **[G:**  Initial requests for production of documents shall be served in the Track 2 Cases within 30 days from the beginning of fact discovery. Track 2 Plaintiffs shall serve one combined set of initial requests for production. Parties in the Track 2 Cases shall substantially complete production of documents and data responsive to the initial requests for production within four months of service.  Requests for production of documents that are duplicative of prior discovery in this MDL are not permitted.**]**

9.2.   **Interrogatories:**  **[P:**  Plaintiffs may serve a combined set of no more than 25 interrogatories on Google by October 30, 2025.  Google may serve up to 25 interrogatories in each case by October 30, 2025.**]** **[G:**  No Interrogatories shall be served in the Track 2 Cases except in compliance with Local Rule 33.3(a) without first obtaining leave of Court, except as follows: Defendants may serve up to 25 interrogatories on each Track 2 Plaintiff.  Interrogatories that are duplicative of prior discovery in this MDL are not permitted.**]**

9.3.   **Requests to Admit:**  Requests to Admit may be served no later than 45 days prior to the close of fact discovery.  **[P:** Plaintiffs may collectively serve up to 60 Requests to Admit on Google, and Google may serve no more than 20 Requests to Admit in each case.**]** **[G:**  Track 2 Plaintiffs may collectively serve up to 20 Requests to Admit on Defendants, and Defendants may serve no more than 20

Requests to Admit on each Track 2 Plaintiff.**]** No Requests to Admit shall be served for the purpose of authenticating documents.

9.4. **Depositions:** Depositions of fact witnesses shall be completed by the close of fact discovery. **[P:** Each Plaintiff shall be permitted to notice up to 4 fact-witness depositions. Google shall be permitted to notice up to 4 fact-witness depositions in each case. No Plaintiff may, absent a showing of good cause, notice a deposition of a witness whose deposition already has been noticed by the MDL Plaintiffs in this MDL or cross-noticed by the MDL Plaintiffs during the Coordinated Discovery Period in *United States v. Google LLC*, No. 23-cv-00108-LMB-JFA (E.D. Va.).[4]**]** **[G:** The plaintiffs in each of the Track 2 Cases shall be permitted to notice up to 2 fact-witness depositions under Rule 30(b)(1) or Rule 30(b)(6). Absent a showing of good cause, no Track 2 Plaintiff may notice a deposition of a witness whose deposition already has been noticed in this MDL or during the Coordinated Discovery Period in *United States v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.).[5] Any Track 2 Plaintiff may ask questions at a deposition noticed by any other Track 2 Plaintiff. Defendants shall be permitted to take up to 16 fact-witness depositions under Rule 30(b)(1) or Rule 30(b)(6) in the Track 2 Cases identified in Paragraph 3(a)-(d) above.**]** A party may seek leave of Court to depose additional witnesses by identifying the particular witnesses by name (or Rule 30(b)(6) categories), describing the matters on which they have unique knowledge; and identifying the actions to which the particular

---

[4] *See* Doc. 564 ¶ 1(c) (defining "Coordinated Discovery Period").
[5] *See* Doc. 564 ¶ 1(c) (defining "Coordinated Discovery Period").

witness pertains. No deposition taken pursuant to a notice under Rule 30(b)(1) or Rule 30(b)(6) shall last longer than 7 hours without the consent of the examined or leave of Court.

9.5. **Deposition Questions:** **[P:** *Unnecessary as all Plaintiffs are represented by the same counsel, and no other plaintiffs' counsel will participate in questioning Google witnesses noticed for depositions*.**]** **[G:** Duplicative questioning of witnesses is not permitted.**]**

9.6. **Manner of Depositions:** The parties are encouraged to stipulate to the manner of conducting a particular deposition (e.g. in-person, videotaped, telephonically, remote video, written questions).

10. **Expert Discovery:** **[P:** The Parties shall meet and confer and submit a joint proposed schedule regarding expert discovery no later than December 15, 2025.**]** **[G:** Track 2 Plaintiffs shall serve opening expert reports within 45 days after the close of fact discovery. Defendants shall serve responsive expert reports within 90 days after the service of Track 2 Plaintiffs' expert reports. Track 2 Plaintiffs may then serve any rebuttal expert reports within 60 days after the service of Defendants' reports. Depositions of experts in the Track 2 Cases shall be completed within 60 days following the service by Track 2 Plaintiffs of rebuttal expert reports.**]**

11. **Motions:** All motions and applications shall be governed by the Court's Individual Practices, including pre-motion letter requirements. Pursuant to the authority of Rule 16(c)(2), any motion for summary judgment will be deemed untimely unless a pre-motion letter relating thereto is filed no later than 14 days after the date set by the Court for the close of expert discovery. **[P:** *Next sentence unnecessary as the Court already*

*has a procedure for parties to seek leave to file summary judgment motions.*] **[G:** No party in the Track 2 Cases shall file any summary judgment motions prior to the close of expert discovery.**]**

12. **Pre-Trial Submissions:** The time for filing Final Pre-Trial Submissions is stayed pending further Order of this Court.

*TO BE COMPLETED BY THE COURT*:

The Plan has been reviewed by the Court and, except as modified, is adopted as the Scheduling Order of this Court in accordance with Rule 16(b), Fed. R. Civ. P.

13. [Other provisions included by Court.]

14. The next Case Management Conference is scheduled for _____ at _____.

This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein shall be made in a written application in accordance with the Court's Individual Practices and shall be made no less than fourteen (14) days prior to the expiration of the date sought to be extended.

Dated: _____                            _____
                                                  P. Kevin Castel
                                                  United States District Judge

6