**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |
| | **APPEARANCE OF COUNSEL** |

*This Document Relates To:*

| | |
|---|---|
| GANNETT CO., INC. | |
| *Plaintiff,* | Case No. 1:23-cv-5177 (PKC) |
| -against- | |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants.* | |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION, | |
| *Plaintiffs,* | Case No. 1:25-cv-07194 (PKC) |
| -against- | |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants.* | |
| INSIDER, INC., | |
| *Plaintiff,* | Case No. 1:25-cv-07409 (PKC) |
| -against- | |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants.* | |

1

THE SLATE GROUP LLC,

<i>Plaintiff,</i>

-against-

GOOGLE LLC and ALPHABET INC.,

<i>Defendants.</i>

Case No. 1:25-cv-07697 (PKC)

CMI MARKETING, INC.,

<i>Plaintiff,</i>

-against-

GOOGLE LLC and ALPHABET INC.,

<i>Defendants.</i>

Case No. 1:25-cv-08630 (PKC)

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc.

Dated: November 11, 2025

Respectfully submitted,

/s/ *Eric J. Maier*

Eric J. Maier (*Admitted Pro Hac Vice*)
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel.:  (202) 326-7923
Fax:  (202) 326-7999
Email:  emaier@kellogghansen.com

*Counsel for Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc.*