UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-3010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION,<br><br>   *Plaintiffs,*<br><br> v.<br><br>GOOGLE LLC and ALPHABET INC.,<br>   *Defendants.* | No. 1:25-cv-07194 (PKC) |
| INSIDER, INC.,<br>   *Plaintiff,*<br><br> v.<br><br>GOOGLE LLC and ALPHABET INC.,<br>   *Defendants.* | No. 1:25-cv-07409 (PKC) |
| THE SLATE GROUP LLC,<br>   *Plaintiff,*<br><br> v.<br><br>GOOGLE LLC and ALPHABET INC.,<br>   *Defendants.* | No. 1:25-cv-07697 (PKC) |

**DECLARATION OF ALLISON VISSICHELLI IN
SUPPORT OF DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S
<u>REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS</u>**

I, Allison Vissichelli, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a counsel at the law firm Axinn, Veltrop & Harkrider LLP, which represents Defendants Google LLC and Alphabet Inc. (together, "Google") in the above-captioned case.

2. I am an attorney admitted to practice in the District of Columbia and the State of Maryland, and I am admitted to practice *pro hac vice* in the U.S. District Court for the Southern District of New York in relation to this matter.

3. I respectfully submit this Declaration in support of Defendants Google LLC and Alphabet Inc.'s Reply in Further Support of Their Motion to Dismiss.

4. Attached to this declaration as **Exhibit 1** is a true and correct copy of an email from Sven E. Henningson, counsel for Plaintiffs Dotdash Meredith Inc. A/K/A People Inc., Meredith Operations Corporation, Insider, Inc., and The Slate Group LLC with the subject line "RE: In re Google Digital Advertising Antitrust Litigation," dated December 17, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 19th day of December, 2025, in Washington, DC.

*/s/ Allison Vissichelli*
Allison Vissichelli