# EXHIBIT 1

| | |
|---|---|
| **From:** | Henningson, Sven E. (Trip) |
| **To:** | Vissichelli, Allison M.; Thorne, John; Bird, Daniel G.; Goodnow, Christopher C.; Severson, Daniel S.; Pfeffer, Eliana M.; Maier, Eric J.; Hirschboeck, Mark P.; Liebman, Jonathan I.; Grigel, Kyle B. |
| **Cc:** | Reiser, Craig M.; Justus, Bradley; Boisvert, Caroline P.; Martin, Luke T.; Pescatore, Blake E.; Duffee, Nicholas D.M.; Perez, Katie E.; SESSIONS, Justina (JKS); EWALT, Andrew (AJE); SALEM, Sara; HENDERSON, Andrew; BOSCO, Veronica |
| **Subject:** | RE: In re Google Digital Advertising Antitrust Litigation |
| **Date:** | Wednesday, December 17, 2025 4:52:14 PM |
| **Attachments:** | image001.png |

**Caution: External Email**

Counsel,

As you know, five days ago, Plaintiffs People Inc., Business Insider, and the Slate Group LLC opposed Google's motion to dismiss their common law fraud claims. Those claims, like Daily Mail's and Gannett's fraud claims, were properly alleged, are inherently fact-bound, and do not warrant dismissal as a matter of law. Similarly, those claims, like Daily Mail's and Gannett's, should be the subject of discovery, particularly since such discovery will substantially overlap with discovery for NY UDAP claims, which all five of these plaintiffs are pursuing. As Daily Mail and Gannett pointed out in their letter (ECF 1265), discovery has confirmed that Google affirmatively misled its publisher customers and intentionally withheld material information regarding how Google's advertising auctions operate. The fact that Daily Mail and Gannett, after the close of discovery, have chosen to streamline the claims they present to a jury has no bearing on the legal sufficiency of the fraud allegations in the complaints of People, Business Insider, and Slate. People, Business Insider, and Slate are entitled to discovery on their properly pleaded allegations, and they are entitled – like Daily Mail and Gannett – to determine with the benefit of that discovery which claims, if any, they are willing to narrow for the sake of streamlining their trial presentation.

If Google's forthcoming reply brief makes any reference to Daily Mail's and Gannett's fraud claims, we ask that you include a copy of this email with your filing to represent the position of People, Business Insider, and Slate.

Best,
Trip

**From:** Vissichelli, Allison M. <avissichelli@axinn.com>
**Sent:** Monday, December 15, 2025 4:22 PM
**To:** Thorne, John <jthorne@kellogghansen.com>; Bird, Daniel G. <dbird@kellogghansen.com>; Goodnow, Christopher C. <cgoodnow@kellogghansen.com>; Severson, Daniel S. <dseverson@kellogghansen.com>; Pfeffer, Eliana M. <epfeffer@kellogghansen.com>; Maier, Eric J. <emaier@kellogghansen.com>; Henningson, Sven E. (Trip) <shenningson@kellogghansen.com>;

Hirschboeck, Mark P. <mhirschboeck@kellogghansen.com>; Liebman, Jonathan I. <jliebman@kellogghansen.com>; Grigel, Kyle B. <kgrigel@kellogghansen.com>
**Cc:** Reiser, Craig M. <creiser@axinn.com>; Justus, Bradley <bjustus@axinn.com>; Boisvert, Caroline P. <cboisvert@axinn.com>; Martin, Luke T. <lmartin@axinn.com>; Pescatore, Blake E. <bpescatore@axinn.com>; Duffee, Nicholas D.M. <nduffee@axinn.com>; Perez, Katie E. <kperez@axinn.com>; SESSIONS, Justina (JKS) <justina.sessions@freshfields.com>; EWALT, Andrew (AJE) <andrew.ewalt@freshfields.com>; SALEM, Sara <sara.salem@freshfields.com>; HENDERSON, Andrew <andrew.henderson@freshfields.com>; BOSCO, Veronica <veronica.bosco@freshfields.com>
**Subject:** [EXTERNAL] In re Google Digital Advertising Antitrust Litigation

Counsel,
Following Judge Castel's instruction that plaintiffs endeavor to streamline their cases, Pre-Trial Order No. 19, ECF No. No. 1248, Plaintiffs Daily Mail and Gannett withdrew their common-law fraud claims in their entirety, ECF No. 1265. Given this withdrawal, we write to inquire whether Plaintiffs People Inc., Business Insider, and the Slate Group LLC intend to continue to pursue their substantially similar common law fraud claims.
Given that Google's reply brief in support of its motion to dismiss those fraud claims is due this Friday, December 19, we ask that you please let us know your position by Wednesday, December 17.
Best,
Ali

**Allison M. Vissichelli**
Counsel
She | Her | Hers

**Axinn, Veltrop & Harkrider LLP**
1901 L Street NW
Washington, DC 20036
T: 202.469.3510
avissichelli@axinn.com | axinn.com

**************************************************************************
Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or

matter addressed herein.
*******************************************************************