February 10, 2026

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *In re Google Digital Antitrust Litigation*, No. 1:21-md-03010 [rel: No. 1:25-cv-07194; No. 1:25-cv-07409; No. 1:25-cv-07697; No. 1:25-cv-08630; No. 1:26-cv-00225; No. 1:26-cv-00272; No. 1:26-cv-00325; No. 1:26-cv-00339; No. 1:26-cv-00343]

Dear Judge Castel:

      We write jointly on behalf of Defendants Google LLC and Alphabet, Inc. (collectively "Google") and Publisher Plaintiffs in the above-captioned actions. Pursuant to the Court's order, *see* MDL Dkt. No. 1388, the parties respectfully request that the Court enter the proposed case management plan and scheduling order attached as Exhibit A to this letter (the "Proposed CMO"). The parties met and conferred regarding the Proposed CMO and are in agreement on all of its provisions. For the Court's convenience, the parties are submitting to Chambers a Microsoft Word version of the Proposed CMO together with this letter.

      The Proposed CMO provides a case management schedule for the "Group 2" Publisher Cases. It also revises the expert discovery schedule for the "Group 1" Publisher Cases, so the Group 1 and Group 2 cases can proceed on the same expert discovery schedule.[1] The Group 1 and Group 2 Plaintiffs are represented by the same counsel, plead substantially identical claims, and intend to rely on a single set of expert reports. The parties respectfully submit that a single expert discovery schedule across the Group 1 and Group 2 cases will be most efficient for the parties and the Court.

---

[1] The Proposed CMO does not change the fact discovery deadlines for the Group 1 cases, where fact discovery closes on February 27, 2026. *See* MDL Dkt. No. 1374.

Respectfully submitted,

/s/ *John Thorne*
John Thorne
Daniel G. Bird
Bethan R. Jones
Christopher C. Goodnow
Mark P. Hirschboeck
Eliana Margo Pfeffer
Eric J. Maier
Sven E. Henningson
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email: jthorne@kellogghansen.com
         dbird@kellogghansen.com
         bjones@kellogghansen.com
         cgoodnow@kellogghansen.com
         mhirschboeck@kellogghansen.com
         epfeffer@kellogghansen.com
         emaier@kellogghansen.com
         shenningson@kellogghansen.com

*Counsel for Dotdash Meredith Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, CMI Marketing, Inc., Penske Media Corporation, The Atlantic Monthly Group LLC, Vox Media, LLC, McClatchy Media Company, LLC, and Advance Publications, Inc.*

/s/ *Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

*Counsel for Google LLC and Alphabet, Inc.*

cc:   All Counsel of Record via ECF